UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EARL IRA BOWMAN,

        Petitioner,

v.

RON HAYNES,

        Respondent.

Case No. C18-0106-RSL

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) Petitioner's petition for writ of habeas corpus is DENIED, and this action is DISMISSED with prejudice;

(3) A certificate of appealability is DENIED as to all claims raised in this action. *See* 28 U.S.C. § 2253(c); and

\\

\\

ORDER OF DISMISSAL - 1

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

Dated this 30th day of May, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2